**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendant United Coin Machine Co.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH SANDERS, an individual,<br><br>               Plaintiff,<br>vs.<br><br>UNITED COIN MACHINE CO., a Nevada Domestic Corporation; Does I-X and ROE CORPORATIONS I-X, inclusive,<br><br>               Defendants. | Case No.:   2:14-cv-1990-APG-GWF |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED between Plaintiff Joseph Sanders, by and through his counsel, Patrick W. Kang, Esq., of Kang & Associates, and Defendant United Coin Machine Co., by and through their counsel, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, that all parties are dismissed with prejudice in the above-referenced matter; and

IT IS FURTHER STIPULATED that all parties shall bear their own attorney fees and costs.

IT IS SO STIPULATED this 8th day of May, 2015.

| MARQUIS AURBACH COFFING | KANG & ASSOCIATES |
|---|---|
| By: __s/Craig R. Anderson_____<br>    Craig R. Anderson, Esq.<br>    Nevada Bar No. 6882<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br>    Attorneys for Defendant | By: __s/Patrick W. Kang_____<br>    Patrick W. Kang, Esq.<br>    Nevada Bar No. 10381<br>    6480 W. Spring Mountain Rd., #1<br>    Las Vegas, Nevada 89146<br>    Attorney for Plaintiff |

MAC:11953-006 2491548_1 5/7/2015 1:50 PM

**ORDER**

IT IS SO ORDERED that Case No. 2:14-cv-1990-APG-GWF be dismissed with prejudice and each party shall bear their own attorney fees and costs.

Dated this __8__ day of May, 2015.

_____
United States District Court Judge

Submitted By:

MARQUIS AURBACH COFFING

By: __s/Craig R. Anderson__
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendant

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11953-006 2491548_1 5/7/2015 1:50 PM